# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Lee Stutts<br>DOB: XXXXXX<br><br>*Defendant(s)* | Case: 1:23-mj-00261<br>Assigned To : Upadhyaya, Moxila A.<br>Assign. Date : 9/26/2023<br>Description: Complaint W/ Arrest Warrant |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) & (b) | Assaulting, Resisting, or Impeding Certain Officers with Deadly or Dangerous Weapon, |
| 18 U.S.C. § 231(a)(3) | Obstruction of Law Enforcement During Civil Disorder, |
| 18 U.S.C. § 1752(a)(1) | Entering and Remaining in a Restricted Building or Grounds, |
| 18 U.S.C. § 1752(a)(2) | Disorderly and Disruptive Conduct in a Restricted Building or Grounds, |
| 18 U.S.C. § 1752(a)(4) | Engaging in Physical Violence in a Restricted Building or Grounds, |
| 40 U.S.C. § 5104(e)(2)(D) | Disorderly Conduct in a Capitol Building, |
| 40 U.S.C. § 5104(e)(2)(F) | Act of Physical Violence in the Capitol Grounds or Buildings. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 09/26/2023

_____
Judge's signature

City and state: Washington, D.C.         Moxila A. Upadhyaya, U.S. Magistrate Judge
                                                              *Printed name and title*