AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America<br>v.<br>Lee Stutts<br><br>*Defendant* | ) Case: 1:23-mj-00261<br>) Assigned To : Upadhyaya, Moxila A.<br>) Assign. Date : 9/26/2023<br>) Description: Complaint W/ Arrest Warrant |
|---|---|

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Lee Stutts,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) & (b) - Assaulting, Resisting, or Impeding Certain Officers with Deadly or Dangerous Weapon;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings.

Date:  09/26/2023

*Issuing officer's signature*

City and state:   Washington, D.C.      Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 9/26/23, and the person was arrested on *(date)* 11/16/23
at *(city and state)* Terrell, NC

Date: 11/16/23

*Arresting officer's signature*

SA Meredith Harrington
*Printed name and title*